AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JACQUELINE FREEMAN,

Plaintiff,

v.

KIRK DOUGLAS FREEMAN,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23-cv-193

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order entered on June 5, 2024, the Court grants Defendant's Motion to Dismiss and dismisses this case for lack of personal jurisdiction. This case stands closed.

Approved by: *Christopher L. Ray* (signature)

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia

June 6, 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*Morgan A. Akins* (signature)
*(By) Deputy Clerk*

GAS Rev 10/2020